UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08mj412 AJB

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08 CR 562 L |
| vs. | ORDER |
| Juan Fernando Cardenas-Guerena, Defendant(s) | RELEASING MATERIAL WITNESS |
| | Booking No. |

2008 FEB 28 A 10:43 FILED

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as ~~a material~~ witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Luis Daniel Avila-Navarro

DATED: 2-28-08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082