UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08mj417 AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>Juan Fernando Cardenas-Guerena<br>Defendant(s) | CRIMINAL NO. 08CR 562 L<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

Martin Higareda-Avila

DATED: 2-28-08

2008 FEB 28 A 3:48

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082