FILED

FEB 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Criminal Case No. '08 CR 562 L |
| v. | I N F O R M A T I O N |
| JUAN FERNANDO CARDENAS-GUERENA, Defendant. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about February 11, 2008, within the Southern District of California, defendant JUAN FERNANDO CARDENAS-GUERENA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Luis Daniel Avila-Navarro, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 2/28/08.

KAREN P. HEWITT
United States Attorney

FOR DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
2/15/08